Law Offices
PARKER McCAY P.A.

Lawrenceville, NJ 08648
(609) 896-4222
Attorneys for Cherry Hill BOE

| | |
|---|---|
| J.D. and C.D., individually and as Guardians *ad litem* of C.D., <br><br> Plaintiffs, <br><br> vs. <br> CHERRY HILL BOARD OF EDUCATION, <br><br> Defendant. | UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF NEW JERSEY <br><br> Civ. Action No. 08-1894 (JHR) <br><br> CONSENT ORDER |

THIS COURT having established a schedule for submitting motions for summary disposition and briefs by Consent Order dated September 8, 2008, and the transcripts of the final two days of the hearing - June 6 and 8, 2008 –not yet having been received by the parties, the parties consent and agree to the establishment of the following revised schedule for the submission of motions/briefs:

1. The Cherry Hill Board of Education will submit its motion for judgment on the record below not later than 60 days after receipt of the transcripts for June 6 and 8, 2008. The court will be promptly notified of the receipt of the transcripts.

2. Plaintiffs' cross-motion for judgment on the record below will be filed with the court within 120 days of submission of the Board of Education's motion.

3. The Board of Education's reply brief will be filed within 30 days of the filing of plaintiffs' motion.

IT IS on this 3rd day of November, 2008 hereby

ORDERED, that the above schedule is approved.

_____
Joseph H. Rodriguez, U.S.D.J.

The undersigned hereby agree to the form and entry of the within Order.

Sussan & Greeenwald                    Parker McCay
Attorneys for plaintiffs               Attorneys for Cherry Hill BOE


s/Staci J. Greenwald                   s/James F. Schwerin
By: Staci J. Greenwald, Esq.           By: James F. Schwerin, Esq.